UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Antonio Scott,

                  Plaintiff(s),

    -against-

United States of America,

                  Defendant(s).
------------------------------------x

16 CIV. 3132 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 9, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

                              _____
                              LORETTA A. PRESKA,
                              Senior U.S.D.J.

Dated: March 2, 2020
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-2-2020