```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ANTONIO SCOTT, | |
| Petitioner, | 08 Cr. 360 (LAP) |
| -against- | 16 Civ. 5132 (LAP) |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

Loretta A. Preska, Senior United States District Judge:

On December 2, 2021, this Court denied Mr. Scott's motion to vacate his conviction pursuant to 28 U.S.C. § 2255. On December 10, 2021, Mr. Scott filed a notice of appeal, which this Court construes to include an application for a certificate of appealability. Because Mr. Scott has not made a substantial showing of a denial of a constitutional right, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253(c); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005).

**SO ORDERED.**

Dated:   New York, New York
         December 14, 2021

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1