```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
ANTONIO SCOTT,
                Petitioner.         :
                                    :      08-cr-360 (LAP)
                                    :      16-cv-5132 (LAP)
        -against-                   :
                                    :           ORDER
UNITED STATES OF AMERICA,           :
                                    :
                Respondent.         :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Court of Appeals' mandate dated August 4, 2022.  (See dkt. no. 166 in 08-cr-360; dkt. no. 18 in 16-cv-5132.)  The parties shall confer and inform the Court how they wish to proceed by letter no later than August 19, 2022.

**SO ORDERED.**

Dated:   August 5, 2022
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge